No. 4556.—ORRACA HERMANOS, apldos., v. RIECKEHOFF, aplte.—C. D. Guayama. Abril 24, 1928. Apareciendo que la última prórroga concedida por la corte inferior al apelado para radicar la transcripción de la evidencia venció en marzo 17, 1928 sin que la haya radicado ni obtenido nueva prórroga; no habiendo tampoco radicado la transcripción en esta corte, de acuerdo con la ley y la jurisprudencia, se declara con lugar la moción y en su consecuencia se desestima el recurso.

No. 3535.—EL PUEBLO, apldo., v. DRAGONI, aplte.—C. D. Guayama. Abril 24, 1928. Sobreseído el recurso a causa del fallecimiento del apelante.

No. 3484.—EL PUEBLO, apldo., v. GONZÁLEZ, aplte.—C. D. Aguadilla. Abril 26, 1928. No habiendo demostrado el apelante que la corte cometiera error manifiesto al apreciar la prueba contradictoria, único error alegado, se confirmó la sentencia.

No. 3412.—EL PUEBLO, aplte., v. LAVERGNE, apldo.—C. D. San Juan. Abril 26, 1928. Resuelto por los fundamentos del caso de *El Pueblo v. Swiggett,* 37 D.P.R. 911 revocándose la sentencia apelada.

No. 4568.—QUIÑONES ET AL., apldos., v. MALDONADO, aplte. —C. D. San Juan. Mayo 1, 1928. Apareciendo que el apelante dejó transcurrir los términos reglamentarios para radicar exposición del caso o transcripción de evidencia en la corte inferior o la transcripción del récord en la Corte Suprema, sin que tampoco solicitara prórroga de dichos términos, se declaró con lugar la moción de desestimación de la parte apelada.

No. 4565.—ANDRÉU, AGUILAR & Co., INC., aplda. v. EGEA, aplte.—C. D. San Juan. Mayo 1, 1928. Desestimada la apelación por los mismos fundamentos del anterior caso No. 4568 resuelto con esta misma fecha.